**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus Carlos FARIAS, a.k.a. Jesus Carlos Farrias, a.k.a. Paco, Defendant–Appellant.**

**No. 15–30105.**

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 21, 2016.

Leif Johnson, Brendan Patrick McCarthy, USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Ashley Ann Harada, Harada Law Firm, Billings, MT, for Defendant–Appellant.

Jesus Carlos Farias, Adelanto, CA, pro se.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Jesus Carlos Farias appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1967), Farias's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Farias the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.